DNJ-Cr-023 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

v.

Defendant(s).

Criminal No. 1:15-cr-00557-JHR-1

**REQUEST FOR DISCLOSURE OF SENTENCING MATERIALS**
**(Requestor Not Represented by Counsel)**

I, __Brian Freskos__, wish to obtain a copy of the sentencing materials submitted to the Court on __Unk Date__ in this case as to defendant, __Dante Witcher__. I request that the redacted version of the sentencing materials be forwarded to the following electronic or mailing address:

E-mail: bfreskos@thetrace.org

Address: Trace Media

Attn: Brian Freskos

195 Montague Street, 14th Floor

Brooklyn, NY 11201

By: _Brian Freskos_